| Case | Docket / Disposition | Date | Lower Court No. |
|---|---|---|---|
| In the Interest of Y.A.I.A.H.R.M. | 2811 EDA 2016 Affirmed | 02/14/2017 | CP–51–AP–0000394–2016 (Philadelphia) |
| Com. v. Sears | 1738 MDA 2015 Affirmed | 02/14/2017 | CP–41–CR–0000293–2014 CP–41–CR–0001293–2013 (Lycoming) |
| Com. v. Novis | 2280 MDA 2015 Affirmed | 02/14/2017 | CP–40–CR–0000950–2015 (Luzerne) |
| Com. v. Rivera | 59 MDA 2016 Affirmed | 02/14/2017 | CP–22–CR–0000978–2015 (Dauphin) |
| Com. v. Albright | 360 MDA 2016 Affirmed | 02/14/2017 | CP–22–CR–0003573–2014 (Dauphin) |
| Com. v. Dickens | 568 MDA 2016 Affirmed | 02/14/2017 | CP–14–CR–0001465–2015 (Centre) |
| Noblit v. Wolfe | 606 MDA 2016 Vacated and Remanded | 02/14/2017 | 2015–CV–04168–CV (Dauphin) |
| Com. v. Dekeyser | 675 MDA 2016 Affirmed | 02/14/2017 | CP–22–CR–0004545–2014 (Dauphin) |
| Com. v. O'Hara | 733 MDA 2016 Affirmed | 02/14/2017 | CP–67–CR–0005631–1999 (York) |
| Lysaght v. Krekstein | 736 MDA 2016 Vacated and Remanded | 02/14/2017 | 2015–CV–03422–EQ (Dauphin) |
| S.C.C. v. D.A.C. | 754 MDA 2016 Affirmed, Vacated and Remanded | 02/14/2017 | 2014–5–0491 (Lebanon) |
| Com. v. Gervasi | 821 MDA 2016 Affirmed | 02/14/2017 | CP–35–CR–0000440–2010 (Lackawanna) |
| Com. v. Armstrong [12] | 871 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/14/2017 | CP–36–CR–0002999–2015 (Lancaster) |
| Com. v. Nguyen | 913 MDA 2016 Affirmed | 02/14/2017 | CP–22–CR–0006716–2015 (Dauphin) |
| Com. v. Schweikert | 947 MDA 2016 Affirmed | 02/14/2017 | CP–06–CR–0003232–2015 (Berks) |

12. Petition for reargument denied March 15, 2017.